United States District Court
District of Massachusetts

Catherine Mora Roberts – Plaintiff

v.

John Rorke – Defendant

## Answer to Complaint and Jury Trial Demand

1. Denied
2. Denied
3. Denied
4. No Remedy
5. Denied
6. Denied
7. No Remedy
8. No Remedy
9. Denied
10. No Remedy
11. No Remedy
12. Denied
13. Denied
14. Denied
15. Denied
16. Denied
17. Denied
18. Denied
19. Denied
20. Denied
21. Denied
22. Denied
23. Denied
24. Denied
25. Denied
26. Denied
27. Denied
28. Denied
29. Denied
30. Denied
31. Denied
32. Denied
33. Denied
34. Denied
35. Denied

36. On information and belief, the plaintiff has already released Millbrook School and its agents and employees, including me, pursuant to a lawsuit filed by her in 2015.

Certificate of Service:

I, John Rorke, certify that I have sent this answer to Catherine Roberts on October 1, 2016.

*John P. Rorke* (signature)